UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHARLES A. BENSON, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT GEIGER, JOHN DRUMMER, GEOFFREY NORTON, CARY YOUNG, PAUL A. SHRAWDER, and SHANNON HUGHES, <br><br> Defendants. | CAUSE NO.: 3:17-CV-865-JD-MGG |

## OPINION AND ORDER

Charles A. Benson, a prisoner without a lawyer, filed an amended complaint. Pursuant to 28 U.S.C. § 1915A, the court must screen the amended complaint.

For these reasons, this case is STAYED pending screening of the amended complaint.

SO ORDERED on July 20, 2018

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge